## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SOUTHERN UTAH WILDERNESS ALLIANCE, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | )   Civil Action No. 17-2111 (KBJ)<br>) |
| U.S. DEPARTMENT OF THE INTERIOR, et, al., | )<br>)<br>) |
| Defendants. | )<br>)<br>) |

### DEFENDANTS' CONSENT MOTION FOR ENLARGMENT OF TIME

Pursuant to Fed. R. Civ. P. 6(b), defendants move for a one-day extension of time for the parties to file their joint status report, which is due today, June 25, 2019.  Plaintiff's counsel has informed defense counsel that he consents to this motion.

Defendants are mindful of this Court's Order requiring motions for enlargement of time to be filed four days in advance of the due date.  The need for this motion was completely unexpected and arose only this afternoon.  Defense counsel has gathered the information needed for the report, from defendants' perspective, but had not had an opportunity to actually prepare the draft report before today.  She was in a deposition today that was due to end by 2:00 pm but unexpectedly extended to approximately 4:30.  When she got back to her office she discovered that her computer was locked.  IT was unable to fix the problem in time for her to draft the report and send it to plaintiff's counsel in time for him to confer with his client, as plaintiff's counsel became unavailable around 6:00 pm.

Thus, the parties need one additional day to prepare and file their joint status report.  Defense counsel apologizes for this unexpected development.

For the foregoing reasons, defendants request that this consent motion be granted, and that the parties be granted one additional day in which to file their joint status report.

Respectfully submitted,

JESSIE K. LIU,
D.C. BAR # 472845
United States Attorney
  for the District of Columbia

DANIEL F. VAN HORN
D.C. BAR # 924092
Chief, Civil Division


*/s/ Marina Utgoff Braswell*
MARINA UTGOFF BRASWELL
D.C. Bar # 416587
Assistant United States Attorney
United States Attorney's Office
555 4th Street, N.W. – Civil Division
Washington, D.C. 20530
(202) 252-2561
Marina.braswell@usdoj.gov

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SOUTHERN UTAH WILDERNESS ALLIANCE, | ) <br> ) |
| Plaintiff, | ) <br> ) |
| v. | )    Civil Action No. 17-2111 (KBJ) <br> ) |
| U.S. DEPARTMENT OF THE INTERIOR, et, al., | ) <br> ) <br> ) |
| Defendants. | ) <br> ) |

## **ORDER**

Upon consideration of Defendants' Consent Motion for Enlargement of Time, and for good cause shown, it is hereby

ORDERED that the consent motion is GRANTED, and it is further

ORDERED that the parties may have to and including June 26, 2019, in which to file their joint status report in this case.

SO ORDERED.

Date: _____          _____
                                                    UNITED STATES DISTRICT JUDGE