# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

SOUTHERN UTAH WILDERNESS )
ALLIANCE, )
                        Plaintiff, )
                             v. )    Civil Action No. 17-2111 (KBJ)
U.S. DEPARTMENT OF THE INTERIOR, )
  et, al., )
                      Defendants. )

## JOINT STATUS REPORT

Plaintiff Southern Utah Wilderness Alliance ("SUWA"), and Defendants United States Department of the Interior ("DOI") and the Bureau of Land Management ("BLM"), pursuant to the Court's Order entered June 4, 2019, hereby submit this Joint Status Report.

By letter dated May 31, 2019, the Office of the Secretary ("OS") sent SUWA a letter representing the results of 1,099 pages reviewed for May 2019. None of the records were found to be responsive.

By letter dated June 18, 2019, OS sent SUWA a letter representing the review of 1,306 pages for June, 2019. The letter was sent one day late[1] because the FOIA processor was out of the office on the date due as a result of a physical injury resulting in significant pain. Declaration of Nicholas Banco ("Banco Decl."), ¶ 2. This caused him to neglect informing his supervisor of the deadline for June 17. Id. The June 18th letter also did not include a page count for the case

---

[1] The due date of June 15, 2019, was a Saturday.

names search, as required by the Court's Order. Id. at ¶ 4. OS apologizes for these omissions and is taking steps to ensure this does not happen again.

As of June 24, 2019, the case name search has resulted in approximately 7,672 pages, although this number may include duplicate pages. Id. at ¶ 5.

By June 3, 2019, BLM had reviewed 7,340 pages. Declaration of Keiosha Alexander ("Alexander Decl."), Acting FOIA Office for BLM, ¶ 3. None of the pages were found to be responsive. Id. By letter dated June 3, 2019, BLM sent plaintiff a letter representing a review of 500 pages for May 2019. None of the records were responsive.

By letter dated June 13, 2019, BLM sent SUWA a letter representing the results of a review of 544 pages. Id. at ¶ 4. None of the pages were found to be responsive. Id. Due to a miscommunication within the agency, BLM's letter did not include the total page counts, as required by the Court's June 4, 2019 Order. BLM apologizes for the inadvertent omission and is taking steps to ensure this does not happen again. BLM has identified 1,430 pages containing one or more of the mandated search terms. Of these, 66 pages relate to the domain name search and 1,364 relate to the RS 2477 search. Id. at ¶ 4-5. OS's report related to the case name search includes any BLM documents responsive to that search. Id. at ¶ 5.

Thus, BLM still has 1,430 pages to process with respect to the domain search related to RS 2477 and the domain search for "hollandhart.com" and "parsonsbehele.com". As of June 18, 2019, OS has 179 pages related to the RS 2477 search and 68 pages related to the domain search for "hollandhart.com" and "parsonsbehele.com, representing a total a total of 247 pages to process with respect to these searches.

In addition, defendants still have 29,183 pages to review as referenced in paragraph 3 of the Court's June 4, 2019 Order, and 4,135 pages as referenced in paragraph 4 of the Court's June 4, 2019 Order.

                                      Respectfully submitted,

                                      JESSIE K. LIU,
D.C. BAR # 472845
United States Attorney
  for the District of Columbia

DANIEL F. VAN HORN
D.C. BAR # 924092
Chief, Civil Division


*/s/ Marina Utgoff Braswell*
MARINA UTGOFF BRASWELL
D.C. Bar # 416587
Assistant United States Attorney
United States Attorney's Office
555 4th Street, N.W. – Civil Division
Washington, D.C. 20530
(202) 252-2561
Marina.braswell@usdoj.gov

*Counsel for Defendant*

*/s/*
*Signed with permission by filing attorney*
WILLIAM N. LAWTON
DC Bar No. 1046604
Meyer Glitzenstein & Eubanks, LLP
4115 Wisconsin Ave., N.W. Suite 210
Washington, D.C. 20016
(202) 588-5206 (O)
(202) 588-5049 (fax)
kmeyer@meyerglitz.com

*Counsel for Plaintiff*