UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| SOUTHERN UTAH WILDERNESS ALLIANCE, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 17-2111 |
| U.S. DEPARTMENT OF THE INTERIOR, *et al.*, | ) ) ) ) | |
| Defendants. | ) ) ) | |

**JOINT STATUS REPORT**

Pursuant to the Court's November 12, 2019 Minute Order, the parties, by and through their respective undersigned counsel, respectfully submit this Joint Status Report to apprise the Court of the status of this Freedom of Information Act ("FOIA") case.

As previously reported, Defendants Bureau of Land Management and Department of the Interior (collectively, "Defendants") have completed their processing and production in this case and on April 15, 2021, provided Plaintiff Southern Utah Wilderness Alliance ("Plaintiff") with their final response to Plaintiff's FOIA requests. On June 3, 2021, Plaintiff provided Defendants with a settlement proposal.

Defendants need additional time to provide their position in response. The parties will file another joint status report on or before August 30, 2021, consistent with the Court's November 12, 2019 Minute Order.

- 2 -

Respectfully submitted,

/s/ William N. Lawton
WILLIAM N. LAWTON
D.C. Bar #1046604
Eubanks & Associates, LLC
1331 H. Street N.W., Suite 902
Washington, D.C. 20005
(202) 556-1243
nick@eubankslegal.com

*Attorney for Plaintiff*

CHANNING D. PHILLIPS, D.C. Bar #415793
Acting United States Attorney

BRIAN P. HUDAK
Acting Chief, Civil Division

By:     /s/ Michael A. Tilghman II
          MICHAEL A. TILGHMAN II
          D.C. Bar #988441
          Assistant United States Attorney
          U.S. Attorney's Office, Civil Division
          555 Fourth Street, NW
          Washington, DC 20530
          (202) 252-7113
          Michael.Tilghman@usdoj.gov

*Attorneys for the United States of America*

Dated: July 26, 2021